UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ANTONE ANDRADE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 19-cv-12131-IT |
| | * | |
| UNITED STATES SUPREME COURT JUSTICE, | * | |
| | * | |
| | * | |
| Defendant. | * | |

ORDER

November 22, 2019

TALWANI, D.J.

On October 8, 2018, *pro se* plaintiff Antone Andrade, who is incarcerated at USP Terre Haute, filed a civil rights action without paying the $400 filing fee or seeking leave to proceed without prepayment of the fee. On October 17, 2019, the Magistrate Judge to whom the case was assigned entered an Order [#5] requiring Andrade to pay the fee or seek leave to proceed without prepaying the filing fee. The court warned Andrade that failure to comply with the Order within twenty-one days could result in dismissal of the action without prejudice.

More than twenty-one days have passed since entry of the Order regarding the filing fee. Andrade has not paid the fee, filed a motion for leave to proceed without prepayment of the fee, or asked for an extension of time to comply with the Order.

Accordingly, this action is DISMISSED without prejudice for failure to pay the filing fee.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　/s/ Indira Talwani
　　　　　　　　　　　　　　　　　　　　　Indira Talwani
　　　　　　　　　　　　　　　　　　　　　United States District Judge